IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL MITCHELL, G21965, | ) | |
| Plaintiff(s), | ) | No. C 10-3835 CRB (PR) |
| vs. | ) | ORDER OF DISMISSAL WITH LEAVE TO AMEND |
| ANTHONY HEDGPETH, Warden, | ) | |
| Defendant(s). | ) | |

On September 28, 2010, plaintiff, a prisoner at Salinas Valley State Prison (SVSP), filed a pro se complaint under 42 U.S.C. § 1983 alleging inadequate access to SVSP's law libraries.

Plaintiff has since filed numerous pleadings suggesting that he wishes to allege additional facts and claims, and submit additional supporting documents. Good cause appearing, plaintiff's complaint is dismissed with leave to amend to incorporate all allegations and supporting documents into one complaint within 30 days of this order. The pleading must be simple and concise and must include the caption and civil case number used in this order and the words FIRST AMENDED COMPLAINT on the first page. Failure to file a proper amended complaint within the designated time will result in the dismissal of this action.

1  Plaintiff is advised that the amended complaint will supersede the original
2 complaint and all other earlier pleadings.  Claims and defendants not included in
3 the first amended complaint will not be considered by the court.  See King v.
4 Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).
5 SO ORDERED.
6 DATED:  Feb. 23, 2011

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.10\Mitchell, P1.dwlta.wpd

2