IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MITCHELL, G21965,<br><br>    Plaintiff,<br><br>  v.<br><br>A. HEDGPETH, Warden,<br><br>    Defendant(s). | No. C 10-03835 CRB (PR)<br><br>ORDER |

Good cause appearing, plaintiff shall have until October 28, 2011 to file an opposition to defendants' motion to dismiss. Defendants shall file a reply within 15 days thereafter.

No further extensions of time will be granted.

SO ORDERED.

DATED: Oct. 5, 2011

                                        CHARLES R. BREYER
                                        United States District Judge

G:\PRO-SE\CRB\CR.10\Mitchell, P1.eot.opp.wpd