IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL MITCHELL, G21965,　　　　　　　　　　No. C 10-03835 CRB (PR)

　　　　Plaintiff,　　　　　　　　　　　　　ORDER

　v.

A. HEDGPETH, Warden,

　　　　Defendant(s). /

　　Good cause appearing, plaintiff shall have until October 28, 2011 to file an opposition to defendants' motion to dismiss. Defendants shall file a reply within 15 days thereafter.

　　No further extensions of time will be granted.

SO ORDERED.

DATED: Oct. 5, 2011

　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\CRB\CR.10\Mitchell, P1.eot.opp.wpd