1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    PAUL MITCHELL, G-21965,                    )
                                                )
10                    Plaintiff(s),             )        No. C 10-3835 CRB (PR)
                                                )
11        v.                                    )        ORDER
                                                )
12   A. HEDGPETH, Warden,                       )        (Docket # 42)
                                                )
13                    Defendant(s).             )
     _____       )

14

15        Plaintiff's motion (docket # 42) for permission to file a motion for

16   reconsideration of the court's February 8, 2012 order granting defendant's motion

17   to dismiss is construed as a motion for relief from judgment or order under

18   Federal Rule of Civil Procedure 60(b) and is DENIED.  See Fed. R. Civ. P.

19   60(b); Pyramid Lake Paiute Tribe of Indians v. Hodel, 882 F.2d 364, 369 n.5 (9th

20   Cir. 1989).  Mere dissatisfaction with the court's order or belief that the court is

21   wrong in its decision are not sufficient grounds for relief.  See Twentieth Century

22   - Fox Film Corp. v. Dunnahoo, 637 F.2d 1338, 1341 (9th Cir. 1981).

23   SO ORDERED.

24   DATED:   April 11, 2012         _____
                                     CHARLES R. BREYER
25                                   United States District Judge

26

27

28        N:\10-3835.crborder.wpd