IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MITCHELL, G-21965,<br><br>  Plaintiff(s),<br><br>  v.<br><br>A. HEDGPETH, Warden,<br><br>  Defendant(s). | No. C 10-3835 CRB (PR)<br><br>ORDER<br><br>(Docket # 42) |

Plaintiff's motion (docket # 42) for permission to file a motion for reconsideration of the court's February 8, 2012 order granting defendant's motion to dismiss is construed as a motion for relief from judgment or order under Federal Rule of Civil Procedure 60(b) and is DENIED.  See Fed. R. Civ. P. 60(b); <u>Pyramid Lake Paiute Tribe of Indians v. Hodel</u>, 882 F.2d 364, 369 n.5 (9th Cir. 1989).  Mere dissatisfaction with the court's order or belief that the court is wrong in its decision are not sufficient grounds for relief.  See <u>Twentieth Century - Fox Film Corp. v. Dunnahoo</u>, 637 F.2d 1338, 1341 (9th Cir. 1981).

SO ORDERED.

DATED:   April 11, 2012

CHARLES R. BREYER
United States District Judge

N:\10-3835.crborder.wpd